Robert C. Hsu, Esq. SBN. 225437
LEXINT LAW GROUP, APLC
9525 Las Tunas Drive
Temple City, California 91780
Telephone: (626) 286-7055
Facsimile: (626) 604-0345
E-Mail: robert@lexintlaw.com

Attorney for Defendant,
WTO EXPRESS (U.S.A.) CORPORATION

Miles L. Kavaller, Esq. SBN. 73950
MILES L. KAVALLER,
A PROFESSIONAL LAW CORPORATION
5850 Canoga Ave., Suite 250
Woodland Hills, CA 91367
Telephone: (818) 992-4243
*e*Fax: (818)474-7180
E-Mail: mileskavaller@att.net

Attorney for Plaintiff,
HARTFORD FIRE INSURANCE COMPANY

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY a/s/o T Fresh Company d/b/a Yes Produce,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WTO EXPRESS (U.S.A.) CORPORATION,<br><br>                    Defendants. | Case No.: CV13-01220-PA (DTBx)<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

On December 19, 2013 and pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff,

HARTFORD FIRE INSURANCE COMPANY a/s/o T Fresh Company d/b/a Yes Produce, by

and through its counsel of record and Defendant WTO EXPRESS (U.S.A.) CORPORATION,

by and through its counsel of record jointly stipulated and requested dismissal of this matter

with prejudice with each of the parties agreeing that it shall bear its own costs and attorney's fees associated with this matter.

**IT IS SO ORDERED THAT:**

  **1. The entire case is dismissed with prejudice**

  **2. Each party to bear its own costs and attorney's fees.**

Dated: _December 20, 2013_

United States District Judge